**Dismissed and Memorandum Opinion filed February 9, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00870-CV

_____

**AGNES BROWNLOW, Appellant**

**V.**

**PATRICIA MARTINEZ, Appellee**

**On Appeal from County Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1000585**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed October 3, 2011.   The clerk's record was filed October 14, 2011.   No reporter's record was taken.   No brief was filed.

On December 15, 2011, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before January 17, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.